PROB 22
(Rev. 01/24)

# TRANSFER OF JUSRISDICTION

| DOCKET NUMBER (Transferring Court) |
|---|
| 0756 1:16CR00190-001 |
| DOCKET NUMBER (Receiving Court) |
| 2:24-cr-8 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District Of Indiana | Indianapolis |

Akram I. Musleh

-FILED-

FEB 21 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**FILED**

**02/13/2024**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

NAME OF SENTENCING JUDGE

The Honorable Sarah Evans Barker

U.S. District Court Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 08/11/2023 | 04/10/2035 |

OFFENSE

Count 1: 18 U.S.C. §§ 2 & 2339B(a)(1) Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Offender was sentenced in the Southern District of Indiana and now resides in the Northern District of Indiana with the probability of not returning to the sentencing district.

## PART 1 - ORDER TRANSFERRING JURISDICTION

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Indiana _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/16/2024

Date

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

*United States District Court for the Northern District of Indiana*

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Date

_____
United States District Judge