# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

**Chanda J. Berta, Clerk of Court**                                    **www.innd.uscourts.gov**

February 22, 2024

Clerk, U.S. District Court
  Birch Bayh Federal Building & US Courthouse
  46 East Ohio Street
  Indianapolis, IN 46204

RE:   Name of Defendant: Akram I Musleh
      Our Case Number:    224cr8
      Your Case Number:   116cr190

Dear Clerk:

Initial Transfer Out
☐     Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return a certified original to this office after jurisdiction accepted. Upon receipt, we will forward certified copies of the pertinent documents to you, or advise you how you may obtain them.

Final Transfer Out
☐     Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the Northern District of Indiana to your District, charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Ledger.
                                    or
☐     Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the Northern District of Indiana to your District, along with a copy of the Financial Case Ledger. Copies of the docket, charging instrument and judgment may by obtained via pacer from www.innd.uscourts.gov

Transfer In
☒     Enclosed please find Probation Form 22 (certified) indicating that our court has accepted jurisdiction. Please forward certified a Financial Case Ledger and copies of the charging document (complaint/ indictment), Judgment & Commitment Order, Docket Sheet <u>or</u> advise us if these documents are accessible via pacer.

                              Sincerely,

                              Chanda J. Berta, Clerk of Court By:

                              S. Kowalsky

**1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007**
**5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509**
**102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002**
**214 Charles Halleck Federal Bldg. • 230 North Fourth Street • Room 105• Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6314**