UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

HAMMOND DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cr-00190-SEB-MJD |
| | | **2:24-cr-8** |
| AKRAM MUSLEH, | ) | |
| | ) | |
| Defendant, | ) | |

-FILED-

JUN 10 2026

At_____
Chanda J. Berta, Clerk — M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## MOTION FOR MODIFICATION OF CONDITIONS OF SUPERVISION

Comes now the Defendant, Akram Musleh, pro se, and respectfully moves this Court pursuant to 18 U.S.C. § 3583(e)(2) to modify the conditions of his supervised release. Specifically, Defendant requests that the Court direct the probation office to subsidize the cost of his court-ordered phone monitoring service or, in the alternative, modify the condition to alleviate severe financial hardship. In support of this Motion, Defendant states as follows:

1. Defendant has been on federal supervised release for approximately three years and has maintained total compliance with all terms and conditions of his supervision. Defendant has maintained a transparent, professional relationship with his U.S. Probation Officer and respectfully requests that this Court consult with the Probation Office regarding his consistent history of compliance.

2. While employed at Discount Tire, Defendant suffered a severe workplace head injury when a pneumatic tire-changing machine arm malfunctioned and struck him directly in the forehead. This traumatic impact caused severe, ongoing migraines, dizziness, and vomiting, requiring a prolonged, specialized recovery period of approximately six months of neurological rehabilitation and physical therapy under worker's compensation. Following his recovery and return, Defendant was officially separated from this employment on November 18, 2025, due to background-related civilian corporate policies.

3. Despite the physical and neurological challenges of this recovery, Defendant demonstrated exceptional resilience by maintaining his commitment to his education and

professional development. Defendant maintained full-time student status and successfully graduated with an Associate of Applied Science in Electrical Technology, earning specialized technical certificates in Electric Line and Renewable Energy Technology. Additionally, Defendant achieved triple professional credentials through the National Academy of Sports Medicine (NASM) as a Certified Personal Trainer (CPT), Corrective Exercise Specialist (CES), and Certified Nutrition Coach (CNC).

4. Defendant is deeply committed to continuing his academic and professional advancement and is actively preparing to resume his education to attain a Bachelor's Degree in Organizational Leadership and Supervision (OLS).

5. Following his medical clearance and academic completion, Defendant has made exhaustive, diligent efforts to secure gainful employment utilizing his technical education and fitness expertise. However, despite these advanced credentials, Defendant faces unique and severe structural barriers to re-entry.

6. Defendant's initial arrest occurred a decade ago, in 2016, when he was a teenager. While Defendant has completely rehabilitated his life and demonstrated flawless compliance as an adult, the highly sensitive nomenclature of his underlying conviction— Attempt to Provide Material Support to a Foreign Terrorist Organization—creates an immediate, severe stigma with civilian employers. Even though the offense occurred ten years ago, the specific wording of the charge triggers automatic exclusions in standard hiring processes, independent of Defendant's current qualifications or low-risk status.

7. Due to this involuntary period of unemployment caused by these severe background obstacles, Defendant is experiencing severe financial distress. The compound impact of this financial strain recently resulted in the compounding of unpaid debts, culminating in the emergency towing and impoundment of Defendant's personal vehicle. To secure the release of his vehicle on November 25th, Defendant was forced to borrow critical emergency funds from his family, exacerbating his personal debt and financial instability.

8. The court-ordered phone monitoring fee, which runs in excess of $40 monthly, has become an unsustainable financial burden that directly threatens his ability to afford basic life necessities, repay his family liabilities, and fully fund his continuing higher education.

9. In support of this motion, Defendant has attached physical documentation of his employment separation following his injury as Exhibit A, official confirmation of his vehicle impoundment liabilities as Exhibit B, and his recent background-related employment rejection as Exhibit C.

10. Defendant remains fully committed to his long-term rehabilitation, his academic career, and the rules of his supervision. He has proven over a multi-year period that he is

low-risk and does not require cost-prohibitive electronic surveillance to maintain compliance.

WHEREFORE, Defendant Akram Musleh respectfully requests that this Court modify his conditions of supervised release to alleviate this severe financial hardship, or grant any alternative relief this Court deems just and proper under the circumstances

Respectfully submitted,

Akram Musleh, Defendant pro se

** [8162 Westwood ct. Crownpoint, IN 46410] **

219 316 0397

# EXHIBIT 1

 **Accurate** 18/11/2025

to me ⌄

CONFIDENTIAL TO BE OPENED BY ADDRESSEE ONLY

Dear AKRAM MUSLEH

This notice is required by the Federal Fair Credit Reporting Act.

The purpose of this notice is to inform you that in connection with your background check request by the company listed below, Accurate Background, a consumer reporting agency, was asked to complete a background check about you. This notice is to let you know that Accurate Background may be reporting criminal or other public record information about you to the company listed below:

Discount Tire

6230 Us Highway 6, Portage, IN 46368-5057

This notice is for informational purposes only and neither the company listed above, nor Accurate Background is taking any negative action against you whatsoever at this time.

Sincerely,

Accurate Background

to me ∨

RE: Akram Musleh

Hi Akram,

As discussed in our call earlier, Discount Tire will be separating employment effective today, November 18, 2025.

Unemployment Insurance (UI) benefits are available to workers who are unemployed and who meet the requirements of state UI eligibility laws. You may file a UI claim in the first week that employment stops or work hours are reduced.

For assistance or more information about filing a UI claim or questions about the status of your UI claim once filed, visit www.Unemployment.IN.gov. You will need to provide the state UI agency with the following information in order for the state to process your claim:

- A valid email account – your email address will become your Uplink Username.
- Driver's license or valid ID, address, Social Security number, date of birth, and phone number.
- Last employer's name, mailing address, phone number, dates of employment, and reason you are unemployed.

# EXHIBIT 2

Monday, Nov 24 • 1:38 PM

Texting with (833) 591-8923 (SMS/MMS)

**Northwest.. Vehicle Appt CONFIRMED**
**19820 Torrence Ave Lynwood, IL 60411**
**11/25 10:15am  ID and Keys. Appt. times**
**are strict.Your fee is $$60 EXACT CASH**
**(Storage) / 011333**

Monday, Apr 20 • 8:27 PM

# EXHIBIT 3



**Accurate Background**   June 4 ☆
To: Me ∨

06/04/2026

Dear Akram  Ismail Musleh :

As you know and with your authorization, Crucial Mile Logistics LLC - DSP and Amazon.com, Inc. or its subsidiaries or affiliates ("Amazon") requested a consumer report, also known as a background check report, about you. Crucial Mile Logistics LLC - DSP and Amazon now write to advise you of an adverse action that has been taken against you. Specifically, you are ineligible to provide delivery services to Amazon customers on behalf of Crucial Mile Logistics LLC - DSP.

A copy of that report, a copy of the document "A Summary of your Rights Under the Fair Credit Reporting Act," and any applicable local law disclosures were previously sent to you by email or physical mail; however, these documents are enclosed or available at the link below for reference.